## Andrea Simmons

**From:** Michael O'Connor
**Sent:** Sunday, January 24, 2016 8:49 AM
**To:** Andrea Simmons
**Subject:** Fwd: U.S. Bankruptcy Court, Northern District of New York - Undeliverable Notice, In re: Joseph Woutersz, Case Number: 10-13745, rel, Ref: [p-91267217]
**Attachments:** B_P11013745O1328A0278.PDF; ATT00001.htm


Sent from my iPad

Begin forwarded message:

> **From:** <USBankruptcyCourts@noticingcenter.com>
> **Date:** January 23, 2016 at 8:38:24 AM EST
> **To:** <moconnor@1stlaw.com>
> **Subject: U.S. Bankruptcy Court, Northern District of New York - Undeliverable Notice, In re: Joseph Woutersz, Case Number: 10-13745, rel, Ref: [p-91267217]**
>
> Notice of Undeliverable Mail to Debtor/Debtor's Attorney
>
> January 24, 2016
>
> From: United States Bankruptcy Court, Northern District of New York
>
> Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
>     In re: Joseph Woutersz, Case Number 10-13745, rel
>
> TO THE DEBTOR/DEBTOR'S ATTORNEY:
>
> The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.
>
> Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.
>
> NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.
>
> If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:
>
> **U.S. Bankruptcy Court**
> **James T. Foley U.S. Courthouse**
> **445 Broadway, Suite 330**
> **Albany, NY 12207**

1

Undeliverable Address:
Bank of America
P.O. Box 15026
Wilmington, DE 19850-5026

Reason Undeliverable: FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS:
PO Box 15168 Wilmington, DE 19850-5168

Undeliverable Address:
FIA CSNA
P.O. Box 17054
Wilmington, DE 19850

Reason Undeliverable: FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS:
PO Box 15019 Wilmington, DE 19850-5019

Undeliverable Address:
Homes and Land of the Adirondacks
3114 Route 7
Pittsford, VT 05763

Reason Undeliverable: FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS:

Undeliverable Address:
Sears
P.O. Box 6924
The Lakes, NV 88901

Reason Undeliverable: FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS:
PO Box 20363 Kansas City, MO 64195

_[signature]_                1/27/16

---

Signature of Debtor or Debtor's Attorney         Date

**The Bankruptcy Noticing Center does not respond to messages regarding bypass notification.
Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.**