## Andrea Simmons

| | |
|---|---|
| From: | Michael O'Connor |
| Sent: | Monday, February 29, 2016 11:29 AM |
| To: | Andrea Simmons; Amanda Kurutz |
| Subject: | FW: U.S. Bankruptcy Court, Northern District of New York - Undeliverable Notice, In re: Joseph Woutersz, Case Number: 10-13745, rel, Ref: [p-92481595] |
| Attachments: | B_P110137453180W0286.PDF |

**From:** USBankruptcyCourts@noticingcenter.com [mailto:USBankruptcyCourts@noticingcenter.com]
**Sent:** Saturday, February 27, 2016 8:13 AM
**To:** Michael O'Connor
**Subject:** U.S. Bankruptcy Court, Northern District of New York - Undeliverable Notice, In re: Joseph Woutersz, Case Number: 10-13745, rel, Ref: [p-92481595]

Notice of Undeliverable Mail to Debtor/Debtor's Attorney

February 28, 2016

From: United States Bankruptcy Court, Northern District of New York

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
    In re: Joseph Woutersz, Case Number 10-13745, rel

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

U.S. Bankruptcy Court
James T. Foley U.S. Courthouse
445 Broadway, Suite 330
Albany, NY 12207

Undeliverable Address:
Homes and Land of the Adirondacks
3114 Route 7
Pittsford, VT 05763

1

Reason Undeliverable: FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS:
1830 East Park Avenue Tallahassee, FL 32301

_____        _____3/7/16_____
Signature of Debtor or Debtor's Attorney              Date

**The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.**